# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| K. SCOTT STOKES | ) | |
| | ) | |
| Plaintiff | ) | CIVIL ACTION FILE |
| | ) | NO: 1:19-CV-2930 |
| | ) | |
| SLOPES ENTERPRISES, INC. | ) | |
| | ) | |
| Defendant | ) | |

## JOINT DISMISSAL WITH PREJUDICE OF ALL CLAIMS

COMES NOW K. Scott Stokes, Plaintiff herein, and Slopes Enterprises, Inc., Defendant herein, and mutually Dismiss their Claims and Counterclaims With Prejudice.

This the 1st day of October, 2019.

                                                        Respectfully submitted

                                                  _S/ Clifford H. Hardwick_
                                                  Clifford H. Hardwick
                                                  Attorney for Defendant
                                                  Georgia Bar Number 325675

Roswell Professional Park
11205 Alpharetta Highway, Suite E-1
Roswell, Georgia 30076
Tel: 770-772-4700
chh@bellsouth.net

                                                  *S/ Craig J. Ehrlich*
                                                  *(Signed with express consent)*
                                                  Craig J. Ehrlich, Esq.

                                                              Attorney for Plaintiff
                                                              Georgia Bar Number 242240

1123 Zonolite Road, N.E., Suite 7-B
Atlanta, Georgia 30306
Tel: 800-238-3857
Fax: 855-415-2480
<u>craig@ehrlichlawoffice.com</u>

    I further certify pursuant to L.R. 7.1D that the above-titled document complies with L.R. 5.1B and was prepared using a 14 point Times New Roman font.

                                                          <u>*/s/Clifford H. Hardwick*</u>
                                                          Clifford H. Hardwick

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day filed the foregoing - **JOINT DISMISSAL WITH PREJUDICE OF ALL CLAIMS** with the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to the following counsel of record who are CM/ECF participants:

>Craig J. Ehrlich, Esq.
>1123 Zonolite Road, N.E., Suite 7-B
>Atlanta, Georgia 30306

This 1 st day of October, 2019.

>*S/ Clifford H. Hardwick*
> Clifford H. Hardwick
> Attorney for the Plaintiff
> Georgia Bar No. 325675

Roswell Professional Park
Suite One, Building E
11205 Alpharetta Highway
Roswell, Georgia 30076
(770) 772-4700
(770) 772-4488  Fax
chh@bellsouth.net